

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2022

No. 04-21-00518-CV

**BULVERDE VILLAGE PROPERTY OWNERS ASSOCIATION**,
Appellant

v.

**BULVERDE VILLAGE HOMEOWNERS ASSOCIATION**, Inc. a/k/a The Point,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI03243
Honorable Laura Salinas, Judge Presiding

## O R D E R

The reporter's record was due on December 28, 2021. However, the court reporter has filed a notification of late record requesting an extension of time to file the reporter's record. The request is GRANTED. The reporter's record is due on or before **February 28, 2022.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court